UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| ST Engineering Halter Marine & Offshore, Inc., d/b/a Halter Marine & Offshore<br>*Plaintiff*, | §<br>§<br>§     1:19cv996-HSO-JCG<br>§<br>§ |
| VERSUS | §<br>§<br>§ JUDGE HAIL S. OZERDEN |
| Ocean Lion Shipping, Ltd,<br>Devote Management Pre, Ltd.<br>*Defendants* | §<br>§<br>§MAGISTRATE JUDGE JOHN C.<br>§GARGIULO<br>§<br>§<br>§ |

## MOTION FOR ATTORNEYS' FEES

COMES NOW, Plaintiff, ST Engineering Halter Marine & Offshore d/b/a Halter Marine & Offshore ("Plaintiff" or "STEHMO"), through undersigned counsel, and, in compliance with this Honorable Court's July 27, 2020 Order, submits this Motion for Attorneys' Fees against Defendant Devote Management Pte, Ltd. ("Devote Management"). STEHMO respectfully requests this Court for an award of fees as more fully detailed in the accompanying memorandum, the billing records attached hereto as Exhibit "A," and supporting affidavit of David S. Bland attached hereto as Exhibit "B."

WHEREFORE, STEHMO respectfully requests that this Honorable Court grant this motion and award it $19,105.00 in fees against Devote Management.

Respectfully submitted, this 21st day of August, 2020.

1

        **RESPECTFULLY SUBMITTED**:

/s/ David S. Bland
**David S. Bland** (admitted PHV)
dbland@grsm.com
**Mallory Wynne** (admitted PHV)
mwynne@grsm.com
**Rachel Bland** (admitted PHV)
rbland@grsm.com
**Gordon & Rees, LLP**
909 Poydras Street, Suite 1860
New Orleans, LA 70112
Telephone: 504-528-3088
Facsimile: 504-586-3419
*Attorneys for Plaintiff, ST Engineering Halter Marine & Offshore, Inc*

And

**Allison R. Colon**
(MS Bar. No. 103068)
acolon@grsm.com
**Gordon & Rees, LLP**
909 Poydras Street, Suite 1860
New Orleans, LA 70112
Telephone: 504-528-3088
Facsimile: 504-586-3419
*Attorney for Plaintiff, ST Engineering Halter Marine & Offshore, Inc.*

## CERTIFICATE OF SERVICE

    I hereby certify that a copy of the above and foregoing pleading has been served upon all counsel of record through the Court's Case Management Electronic Case Files' electronic filing system on this 21st day of August, 2020.

                         /s/ David S. Bland
                          David S. Bland